UNITED STATES DISRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **TERENCE PALMER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CAFN: 1:24-CV-00052-JPB |
| ) | |
| **BLOCK STEEL CORP.** ) | |
| **NORFOLK SOUTHERN** ) | |
| **CORPORATION, ABC** ) | |
| **Corporation, and John Does 1-2,** ) | |
| ) | |
| **Defendants.** ) | |

### RULE 45 (c) CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned counsel for Defendant Norfolk Southern Corporation, hereby certified that I have this day served a copy of the foregoing **Non-Party Request for Production of Documents** to *Advanced Medical & Rehabilitation Center / Advanced Medical & Regenerative Center* to all counsel of record via email as follows:

Graylin C. Ward
**WARD LAW OFFICE**
27 East Broad Street
Newman, GA 30263
graylincward@gmail.com
*Attorney for Plaintiff*

*Signatures on following page*

-1-

-2-

Respectfully submitted this 8th day of February, 2024.

                                       **DERMER APPEL RUDER, LLC**

                                       */s/ Kim M. Ruder*
                                       **KIM M. RUDER**
                                       State Bar No. 275326
                                       **ADAM L. APPEL**
                                       States Bar No. 020765
                                       ***Attorneys for Norfolk Southern Corporation***

708 Holcomb Bridge Road
Norcross GA 30071
Phone: (404) 881-3556
Fax: (404) 892-8886
aappel@darlawllc.com
kruder@darlawllc.com
admin3@darlawllc.com
admin@darlawllc.com

## CERTIFICATION AS TO FONT

Pursuant to N.D. Ga Local Rule 7.1, I hereby certify that this document is submitted in Times New Roman 14-point type as permitted by N.D. Ga. Local Rule 5.1(C).

This 7th day of February, 2024.

        **DERMER APPEL RUDER, LLC**

        */s/ Kim M. Ruder*_____
        **KIM M. RUDER**
        State Bar No. 275326
        **ADAM L. APPEL**
        States Bar No. 020765
        ***Attorneys for Norfolk Southern Corporation***

708 Holcomb Bridge Road
Norcross GA 30071
Phone: (404) 881-3556
Fax: (404) 892-8886
aappel@darlawllc.com
kruder@darlawllc.com
admin3@darlawllc.com
admin@darlawllc.com