**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TERENCE PALMER | ) | CASE NO. 1:24 cv 00052 |
| | ) | |
| Plaintiff, | ) | JUDGE J.P. BOULEE |
| | ) | |
| -vs- | ) | |
| | ) | |
| BLOCK STEEL CORP., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that I have on this day served a copy of ***Defendant Block Steel Corp.'s First Set of Interrogatories and Request for Production of Documents Upon Plaintiff***, via electronic mail to:

Graylin C. Ward
27 East Broad Street
Newman, GA 30263
gward@numail.org
*Attorney for Plaintiff*

*and*

Kim M. Ruder
kruder@darlawllc.com
*Attorney for Norfolk Southern*

This 19th day of February, 2024

*s/Clare R. Taft*
Eric Larson Zalud (*Admitted Pro Hac Vice*)
Clare R. Taft (*Admitted Pro Hac Vice)*
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: ezalud@beneschlaw.com
ctaft@beneschlaw.com

John A. Foster
Georgia State Bar No. 005330
**FORBES, FOSTER & POOL, LLC**
7505 Waters Avenue, Suite D-14
Savannah, Georgia 31406
Telephone: (912) 352-1190
Facsimile: (912) 352-1471
Email: jfoster@ffp-law.com

*Attorneys for Defendant Block Steel Corp.*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TERENCE PALMER | ) | CASE NO. 1:24 cv 00052 |
| | ) | |
| Plaintiff, | ) | JUDGE J.P. BOULEE |
| | ) | |
| -vs- | ) | |
| | ) | |
| BLOCK STEEL CORP., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed within and foregoing ***Rule 5.4 Certificate of Service of Defendant Block Steel's First Set of Interrogatories and Request for Production of Documents to Plaintiff***, with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing, to the following attorneys of record:

Graylin C. Ward
27 East Broad Street
Newman, GA 30263
gward@numail.org
*Attorney for Plaintiff*

*and*

Kim M. Ruder
kruder@darlawllc.com
*Attorney for Norfolk Southern*

This 19th day of February, 2024

*s/Clare R. Taft*
Eric Larson Zalud (*Admitted Pro Hac Vice*)
Clare R. Taft (*Admitted Pro Hac Vice)*
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: ezalud@beneschlaw.com
ctaft@beneschlaw.com

John A. Foster
Georgia State Bar No. 005330
**FORBES, FOSTER & POOL, LLC**
7505 Waters Avenue, Suite D-14
Savannah, Georgia 31406
Telephone: (912) 352-1190
Facsimile: (912) 352-1471
Email: jfoster@ffp-law.com

*Attorneys for Defendant Block Steel Corp.*