**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TERENCE PALMER<br><br>Plaintiff,<br><br>-vs-<br><br>BLOCK STEEL CORP., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:24 cv 00052<br><br>JUDGE J.P. BOULEE<br><br>**RULE 45(c) CERTIFICATE OF SERVICE OF DISCOVERY** |

The undersigned counsel for Defendant Block Steel Corp. hereby certifies that, on February 29, 2024, I served a copy of:

- **DEFENDANT BLOCK STEEL CORP.'S INITIAL DISCLOSURES**

on all counsel of record via email as follows:

Graylin C. Ward
WARD LAW OFFICE
27 East Broad Street
Newman, GA 30263
graylincward@gmail.com
***Attorney for Plaintiff***

John A. Foster
FORBES, FOSTER & POOL, LLC
7505 Waters Avenue, Suite D-14
Savannah, GA 31406
jfoster@ffp-law.com
***Attorneys for Defendant Block Steel Corporation***

Kim M. Ruder
Adam L. Appel
DERMER APPEL RUDER, LLC
708 Holcomb Bridge Road
Norcross GA 30071
Phone: (404) 881-3556
Fax: (404) 892-8886
aappel@darlawllc.com
kruder@darlawllc.com
admin3@darlawllc.com
admin@darlawllc.com
***Attorneys for Norfolk Southern Corporation***

Respectfully submitted this 4th day of March, 2024.

*s/Clare R. Taft*
Eric Larson Zalud (*Admitted Pro Hac Vice*)
Clare R. Taft (*Admitted Pro Hac Vice)*
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: ezalud@beneschlaw.com
ctaft@beneschlaw.com

John A. Foster
Georgia State Bar No. 005330
**FORBES, FOSTER & POOL, LLC**
7505 Waters Avenue, Suite D-14
Savannah, Georgia 31406
Telephone: (912) 352-1190
Facsimile: (912) 352-1471
Email: jfoster@ffp-law.com

***Attorneys for Defendant Block Steel Corp.***

## CERTIFICATION AS TO FONT

Pursuant to N.D. Ga Local Rule 7.1, I hereby certify that this document is submitted in Times New Roman 14-point type as permitted by N.D. Ga. Local Rule 5.1(C).

This, 4th day of March, 2024.

*/s/ Clare R. Taft*
Eric Larson Zalud (*Admitted Pro Hac Vice*)
Clare R. Taft (*Admitted Pro Hac Vice)*
**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
Email: ezalud@beneschlaw.com
ctaft@beneschlaw.com

John A. Foster
Georgia State Bar No. 005330
**FORBES, FOSTER & POOL, LLC**
7505 Waters Avenue, Suite D-14
Savannah, Georgia 31406
Telephone: (912) 352-1190
Facsimile: (912) 352-1471
Email: jfoster@ffp-law.com

***Attorneys for Defendant Block Steel Corp*.**