**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT**
**OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| TERENCE PALMER | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO.: 1:24-CV-00052-JPB |
| | ) |
| BLOCK STEEL CORP., NORFOLK SOUTHERN CORPORATION, ABC CORPORATION, and JOHN DOES 1-2 | ) |
| | ) |
| Defendants. | ) |

**MOTION TO ADD AND OR SUBSTITUTE DEFENDANTS**

To add and substitute parties, Plaintiff Terence Palmer files this motion pursuant to Federal Rule 15(a)(2) of the Federal Rules of Civil Procedure, OCGA Sections 9-11-10, 9-11-15, and 9-11-21. Plaintiff Terence Palmer filed his original Complaint for Damages against the named Defendants in the State Court of Douglas County on November 17, 2023. Defendant Norfolk Southern filed an answer on or about December 15, 2023. The case was removed to U.S. District Court on January 4, 2024. Defendant Block Steel responded to said Complaint on or about January 11, 2024. Plaintiff now seeks to amend the Complaint to include New Parties, Miguel

Valdez and Forward Intermodal d/b/a Central State Trucking Company as Defendants based on new information that has come to light.

Upon research, information that was provided in discovery, and after deposing one of Defendant Block Steel's employees, Plaintiff believes that adding a party to the above-styled matter is necessary to adjudicate justice. Testimony by Defendant Block's employee shows that the new party Defendants directed, took part in, or supervised the loading of the steel cargo in the trailer-container that is the subject of this lawsuit. The Plaintiff alleges that the trailer-container was not loaded correctly, causing his tractor to overturn. Plaintiff believes that sufficient facts were gathered during the discovery to decide that the new Defendants are necessary to determine the facts and liability of the parties.

Upon information provided and research by Plaintiff, Plaintiff moves the Court to add or substitute Defendant Miguel Valdez and Forward Intermodal d/b/a Central State Trucking Company in the above-styled matter.

Plaintiff Palmer contends that the new Defendants were negligent and contributed to his injuries. He states that the new Defendants acted as agents or employees of Defendant Block Steel and are individually or jointly responsible for

the action that occurred to him. The new Defendants' action goes to the merit and is necessary to fully resolve all related issues in this matter.

Adding Miguel Valdez and Forward Intermodal d/b/a Central State Trucking Company is necessary for justice and the case and will not prejudice the current Defendants or unduly delay the proceedings.

ARGUMENT

Under Federal Rule 15(a)(2) of the Federal Rules of Civil Procedure, "the court should freely give leave to amend when justice so requires."

OCGA § 9-11-10 provides that a Complaint may designate a party whose name is unknown by any name, and when the true name is determined, `the pleading may be amended accordingly.' OCGA § 9-11-15 allows for amending pleadings to change parties at any time before the pretrial order is entered . . . such an amendment will relate for purposes of the applicable statute of limitation [if certain conditions are met]." Harper v. Mayor &c. of Savannah, 190 Ga. App. 637 (1) (380 SE2d 78) (1989).

OCGA 9-11-21 provides that "[p]arties may be dropped or added by order of the Court on motion of any party or of its own initiative at any stage of the action and on such terms as are just."

Georgia courts require OCGA 9-11-15(a) to be read "in pari materia" with OCGA 9-11-21 when a party seeks to amend a complaint to add a new party, thus requiring a Court order. See Wright v. Safari Club Int'l, Inc., 322 Ga. App. 486, 493 (2013). A trial court's decision whether a party should be added to a lawsuit lies in the Court's discretion. Rasheed v. Klopp Enters., 276 Ga. App. 91, 92 (2005); see also Little Tree v. Fields, 240 Ga. App. 12, 13 (1999).

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion to Add Substitute Defendants and permit filing of an amended complaint in substantially the form attached hereto naming Miguel Valdez and Forward Intermodal d/b/a Central State Trucking Company as Defendants in this action, together with such other and further relief as this Court deems just, fair and appropriate.

This 6th day of June 2024

Respectfully submitted,

*/s/ GRAYLIN C. WARD*
GRAYLIN C. WARD
Counsel for Plaintiff
Georgia Bar No. 736855

27 East Broad Street
Newnan, GA 30263
(770) 251-1289-Telephone

(770) 251-2629-Facsimile
gward@nuumail.org